Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                            Jane K. Castro
Clerk of Court                                                  Chief Deputy Clerk

December 16, 2025


Mr. Benjamin H Gibson
Mr. Timothy Bart Jafek
Mr. Brad E. Leneis
Office of the United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202


**RE:      25-1460, Mendoza Gutierrez v. Baltasar, et al**
          Dist/Ag docket: 1:25-CV-02720-RMR

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a

set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:       Anand Balakrishnan
          Conor Timothy Gleason
          Annie Kurtz
          Timothy Macdonald
          Emma Kristine Mclean-Riggs
          Scott Medlock
          Hans Meyer
          Michael K.T. Tan

CMW/sds